UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:11-CR-10186-001-GAO |
| LYNDON L. PARRILLA, | ) ) ) |
| Defendant. | ) ) |
| *and* | ) ) |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Garnishee. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1)[1], the Federal Debt Collection Procedures Act, the United States of America (hereinafter "United States") petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon all funds which JPMorgan Chase Bank, N.A., located in Columbus, OH, is believed to be in possession or control of on behalf of the Defendant, Lyndon L. Parrilla, (hereinafter "Parrilla") whose last known address is in Bakersfield, CA, to satisfy to satisfy a judgment entered against Parrilla on November 20, 2012. In support, the United States sets forth the following:

---

[1] Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment containing information specified therein. If the Court determines the statutory requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). After issuance of the writ, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee are instructions explaining the requirement that the garnishee withhold property in accordance with the writ and submit a written answer to the writ within 10 days of receipt. 28 U.S.C. §§ 3205(c)(2)(E), 3205(c)(3)(A), 3205(c)(6). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and requesting a hearing within 20 days after receipt. 28 U.S.C. §§ 3205(c)(3)(B), 3205(c)(5). If no objection is filed and hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon as practicable. 28 U.S.C. § 3205(c)(7).

1. On November 20, 2012, a Judgment entered in the United States District Court for the District of Massachusetts against Parrilla, social security number \*\*\*-\*\*-2420, last known address in Bakersfield, CA.

2. Parrilla is indebted for the judgment amount of $4,676,156.00. The current total balance is $4,597,608.67.

3. Pursuant to 28 U.S.C. § 3205(b)(1)(B), the United States made demand for payment of the aforementioned debt upon not less than 30 days prior to the date of this Application, and Parrilla has failed to satisfy the debt.

4. The United States believes the Garnishee, JPMorgan Chase Bank, N.A., is in possession or control of funds belonging to Parrilla, and that Parrilla has a substantial nonexempt interest in such funds and/or property.

5. To the extent any funds are jointly held by Parrilla, the United States will serve notice of these proceedings to those holding a joint interest with Parrilla so as to provide notice and opportunity to object pursuant to 28 U.S.C. § 3205(c)(3) and the United States will instruct the garnishee to do the same.

6. This Writ is intended to compel the Garnishee to pay to the Clerk of the United States District Court all funds held on behalf of Parrilla to be applied towards the outstanding judgment debt.

WHEREFORE, the United States respectfully requests the Clerk of the United States District Court issue a Writ of Garnishment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By: /s/ Brendan T. Mockler
BRENDAN T. MOCKLER (BBO 569140)
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
brendan.mockler@usdoj.gov

Date: June 11, 2018

IT IS, on this 11th day of July 20 18.

ALLOWED, that the Clerk of the Court shall issue the Writ of Garnishment.

/s/ George A. O'Toole, Jr.
UNITED STATES DISTRICT COURT